UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:24-cr-22

vs.

RAYMOND GERARD MCCLURE, *et al.*,    District Judge Michael J. Newman

    Defendants.

_____

## SCHEDULING ORDER
_____

    This criminal case is before the Court following Defendants' initial appearances on February 7, 2024 and indictments on February 27, 2024.  The parties have filed a joint status report and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **May 7, 2024**.  Doc. No. 18.  Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **March 27, 2024** |
| Substantive motion filing deadline: | **April 15, 2024** |
| Status report deadline: | **April 22, 2024** |
| Jury trial: | **May 6, 2024** |

    The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

    **IT IS SO ORDERED.**

March 26, 2024                                  s/Michael J. Newman
                                                    Hon. Michael J. Newman
                                                    United States District Judge