UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAYMOND GERARD MCCLURE,

    Defendant.

Case Nos. 3:24-cr-22

District Judge Michael J. Newman

**ORDER REQUIRING THE GOVERNMENT TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY (Doc. No. 52)**

This felony criminal case is pending upon Defendant's motion, through counsel, for return of property (Doc. No. 52) to which the Government has not responded. The Government is hereby **ORDERED** to respond, **by November 21, 2025**, to Defendant's motion for return of property.

    **IT IS SO ORDERED.**

November 7, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge