UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAYMOND GERARD MCCLURE,

    Defendant.

Case No. 3:24-cr-22

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING DEFENDANT'S MOTION FOR RETURN OF HIS PROPERTY (Doc. No. 52); AND (2) REQUIRING THE RETURN OF DEFENDANT'S TWO CELL PHONES AFTER ENTRY OF FINAL JUDGMENT**

---

The Court is in the process of setting this case for a hearing on Defendant's objections to the final Presentence Investigation Report. Doc. No. 47. Meanwhile, Defendant has filed a motion, through counsel, for return of his property—specifically, two cell phones he describes in his motion ("the cell phones"). Doc. No. 52. The Government does not oppose the return of the cell phones to Defendant after the entry of final judgment in this matter. Doc. No. 59. Because the Government does not oppose returning the cell phones to Defendant after the entry of final judgment, and because counsel appear to be coordinating the return of the cell phones to Defendant, *see id.*, there is no present dispute on the merits of whether Defendant is entitled to the return of his two cell phones.

Therefore, Defendant's unopposed motion to return his property is **GRANTED,** and the cell phones shall be returned to Defendant after entry of the final judgment.

November 26, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge